No. 95–1785. NESSON v. McINTYRE. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 95–1788. TRIM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–1789. GREGORY ET AL. v. FLORES ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1793. STILTNER v. BERETTA U. S. A. CORP. C. A. 4th Cir. Certiorari denied.

No. 95–1794. MASOTTO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1796. BASICH ET AL. v. BOARD OF PENSIONS, EVANGELICAL LUTHERAN CHURCH IN AMERICA, ET AL. Ct. App. Minn. Certiorari denied.

No. 95–1797. FURROW v. BISSON. Sup. Ct. Cal. Certiorari denied.

No. 95–1802. COUCHOT ET UX. v. OHIO LOTTERY COMMISSION ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 95–1803. SPORTING CLUB ACQUISITIONS, LTD. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 10th Cir. Certiorari denied.

No. 95–1805. BUSCH, ADMINISTRATOR OF THE ESTATE OF BUSCH, DECEASED v. AMREP, INC. Sup. Ct. Ill. Certiorari denied.

No. 95–1807. BRANCH, TRUSTEE OF BANK OF NEW ENGLAND CORP., DERIVATELY AND ON BEHALF AND IN THE NAME OF MAINE NATIONAL BANK v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1808. UNISYS CORP. ET AL. v. MEINHARDT ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1809. HILL ET AL., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF HILL, A MINOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.